IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JOCELYN PERKINS,

      Plaintiff,

vs.

ACE HOMECARE, LLC,
a Florida Limited Liability
Company,

      Defendant.

_____/

## COMPLAINT FOR DAMAGES

Plaintiff, JOCELYN PERKINS, sues Defendant, ACE HOMECARE, LLC, and shows:

### Introduction

1.     This is an action by JOCELYN PERKINS against her former employer for unpaid overtime pursuant to the Fair Labor Standards Act.  Plaintiff seeks damages and a reasonable attorney's fee.

### Jurisdiction

2.     This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207. The Court has jurisdiction over the claims pursuant to 29 U.S.C. § 216(b).

3.     The claim arose within the Middle District of Florida, which is where venue is proper.

### Parties and General Allegations

4.     Plaintiff, JOCELYN PERKINS, (hereinafter "PERKINS") a resident of Polk County, was at all times material, employed by ACE HOMECARE, LLC as a clinical supervisor, was an employee as defined by 29 U.S.C. § 203 (e), and during her employment with Defendant

was engaged in commerce or in the production of goods for commerce within the meaning of 29 U.S.C. § 207(a).

5.      Defendant, ACE HOMECARE, LLC (hereinafter, "ACE HOMECARE"), is a Medicare Certified Home Healthcare Agency conducting business within the Middle District of Florida, and is an enterprise engaged in an industry affecting commerce, is an employer as defined by 29 U.S.C. § 203(d) and (s)(1), in that it has employees engaged in commerce or in the production of goods for commerce, or that has employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person; and it is an enterprise whose annual gross volume of sales made or business done is not less than $500,000 (exclusive of excise taxes at the retail level that are separately stated) which has employees subject to the provisions of the FLSA, 29 U.S.C. § 207, in the facility where PERKINS was employed.  At all times pertinent to this Complaint, ACE HOMECARE operates as an organization which sells and/or markets its services and/or goods to customers throughout the United States and also provides its services for goods sold and transported from across state lines of other states, and ACE HOMECARE obtains and solicits funds from non-Florida sources, accepts funds from non-Florida sources, uses telephonic transmissions going over state lines to do their business, transmit funds outside the State of Florida, and otherwise regularly engages in interstate commerce, particularly with respect to its employees.

6.      Since November, 1, 2013, Defendant ACE HOMECARE  has willfully violated the provisions of §7 of the Act [29 U.S.C. §207] by employing employees engaged in commerce for workweeks longer than 40 hours without compensating them for their employment in excess of 40 hours at rates not less than one and one-half times the regular rates at which they were employed: specifically PERKINS, since November 2013, has worked in excess of 40 hours per week virtually

every week of her employment, and was not compensated for the work in excess of 40 hours at a rate not less than one and one-half times the regular rate at which she was employed.

7.      The failure to pay overtime compensation to PERKINS is unlawful in that she was not exempted from the overtime provisions of the Act pursuant to the provisions of 29 U.S.C. § 213(a), in that she neither was a bona fide executive, administrative or professional employee.

8.      ACE HOMECARE's actions were willful and purposeful as it was well aware of the Fair Labor Standards Act and PERKINS' status as non-exempt, but chose not to pay her in accordance with the Act.

9.      PERKINS is entitled pursuant to 29 U.S.C. § 216(b), to recover from ACE HOMECARE:

> a.      all unpaid overtime that is due;
>
> b.      as liquidated damages, an amount equal to the unpaid overtime owed;
>
> c.      the costs of this action, and;
>
> d.      a reasonable attorney's fee.

WHEREFORE, Plaintiff, JOCELYN PERKINS, prays that this court will grant judgment against Defendant ACE HOMECARE:

> a.       awarding PERKINS payment of overtime compensation found by the court to be due to her under the Act;
>
> b.      awarding PERKINS an additional equal amount as liquidated damages;
>
> c.      awarding PERKINS her costs, including a reasonable attorney's fee; and
>
> d.      granting such other and further relief as is just.

## Jury Demand

Plaintiff demands trial by jury.

Dated: September 9, 2014
Plantation, Florida

Respectfully submitted,


s/Robert S. Norell
Robert S. Norell, Esq. (Fla. Bar No. 996777)
E-Mail: rob@floridawagelaw.com
ROBERT S. NORELL, P.A.
300 N.W. 70th Avenue
Suite 305
Plantation, Florida 33317
Telephone: (954) 617-6017
Facsimile: (954) 617-6018
Counsel for JOCELYN PERKINS