UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOCELYN PERKINS,

    Plaintiff,
v.                            Case No. 8:14-cv-2307-T-33TBM

ACE HOMECARE, LLC,

    Defendant.
_____/

## ORDER

This matter is before the Court pursuant to the parties' Joint Motion to Approve Release Agreement (Doc. # 25), which was filed on January 30, 2015. The Court grants the Motion.

**I.  Background**

Jocelyn Perkins filed a complaint under the Fair Labor Standards Act against her employer, Ace Homecare, LLC on September 15, 2014. (Doc. # 1). Ace filed its answer and affirmative defenses (Doc. # 6) on October 20, 2014, and on October 21, 2014, the Court issued its FLSA Scheduling Order (Doc. # 7) and Order referring the case to mediation (Doc. # 8).

On January 8, 2015, the mediator reported that the parties reached a settlement. (Doc. # 18). Thereafter, the parties jointly requested that the Court review the terms of their settlement *in camera*. (Doc. # 19). On January 16, 2015, the Court denied the parties' request for an *in camera* review. (Doc. # 20). The Court directed the parties to file their

Joint Motion to Approve Agreement on the record on or before January 23, 2015. (Id.). On January 23, 2015, the parties sought the Court's approval of their settlement, but failed to provide the salient settlement terms for the Court's analysis. (Doc. # 21). The Court denied the parties' request and directed that the parties provide the relevant settlement terms for the Court's review. (Doc. # 22). At this juncture, the parties have filed their settlement agreement for the Court's consideration and approval. (Doc. # 25). Upon review, the Court approves the settlement.

## II. Analysis

Perkins alleges that Ace violated the overtime provisions of the Fair Labor Standards Act. Accordingly, any settlement reached between the parties is subject to judicial scrutiny. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). The parties have reached a settlement wherein it is agreed that Perkins will receive $4,500.00 for unpaid wages and $4,500.00 in liquidated damages. Perkins' counsel will receive $5,610.00 in attorney's fees and costs.

In the Motion, the parties represent that the attorney's fees to be paid to Perkins' counsel were negotiated by the parties "separately and without regard to the other terms of the settlement." (Doc. # 25 at 2). Pursuant to Bonetti v. Embarq Management Company, 715 F. Supp. 2d 1222, 1228 (M.D.

Fla. 2009) and other governing law, the Court approves the compromise reached by the parties in an effort to amicably settle this case.[1]  The settlement is fair on its face and represents a reasonable compromise of the parties' dispute.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)   The parties' Joint Motion to Approve Release Agreement (Doc. # 25) is **GRANTED.**

(2)   The parties' settlement is approved.

(3)   The Clerk is directed to close the case.  The Case Management Hearing set for February 5, 2015, at 3:00 PM is cancelled.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 3rd day of February, 2015.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

---

[1] In <u>Bonetti</u>, the court explained: "if the parties submit a proposed FLSA settlement that, (1) constitutes a compromise of the plaintiff's claims; (2) makes a full and adequate disclosure of the terms of settlement, including the factors and reasons considered in reaching same and justifying the compromise of the plaintiff's claims; and (3) represents that the plaintiff's attorneys' fee was agreed upon separately and without regard to the amount paid to the plaintiff, then, unless the settlement does not appear reasonable on its face or there is reason to believe that the plaintiff's recovery was adversely affected by the amount of fees paid to his attorney, the Court will approve the settlement without separately considering the reasonableness of the fee to be paid to plaintiff's counsel." 715 F. Supp. 2d at 1228.

Copies: All Counsel of Record